FILED
CLERK, U.S. DISTRICT COURT
OCT 2 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Closed 9/30/10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA WALTERS,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and ADMINISTAFF OF TEXAS, INC. DISABILITY PLAN,<br><br>Defendants. | Case No: CV09-08121 AHM(AGRx)<br><br>~~(PROPOSED)~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

## ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/26/10

_____
Honorable A. Howard Matz
Judge of the U.S. District Court